CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 18 2006
JOHN F. CORCORAN, CLERK
BY: /s/ J. Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALVIN C. SMITH,<br>    Plaintiff, | )<br>) Civil Action No. 7:06cv00569<br>) |
| v. | ) **FINAL ORDER**<br>) |
| DR. OHAI, et al.,<br>    Defendant. | ) By: Samuel G. Wilson<br>) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 16th day of October, 2006.

_____
United States District Judge